163 So.2d 360

### F. J. DeMARY

v.

### Louis A. FONTENOT.

No. 47233.

May 4, 1964.

In re: Louis A. Fontenot applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 161 So.2d 82.

Writ refused. The judgment is not final.

■

163 So.2d 360

### Archie S. HEBERT, Sr., individually and as administrator of his minor son, Archie S. Hebert, Jr.,

v.

### AMERICAN HARDWARE MUTUAL INSURANCE COMPANY.

No. 47235.

May 4, 1964.

In re: Archie S. Hebert, Sr., etc. applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 161 So.2d 92.

Writ refused. On the facts found by the Court of Appeal the result is correct.